No. 76–221. NATHAN *v.* UNITED STATES. C. A. 2d Cir. Motion to vacate and remand and certiorari denied. 

No. 76–270. HAKIM *v.* COMMISSIONER OF INTERNAL REVENUE. Petition for certiorari and other relief before judgment to C. A. 6th Cir. denied.